# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Marvin Randall, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV-13-616-PHX-LOA |
| | ) | |
| v. | ) | |
| | ) | |
| National Credit Systems, Incorporated, | ) | |
| | ) | |
| Defendant(s). | ) | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 8, 2013, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's order.

                                                  BRIAN D. KARTH
                                                  District Court Executive/Clerk

May 9, 2013

                                                  s/L. Dixon
                                                  By: Deputy Clerk

cc: (all counsel)